IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**KARLISS LYTTLE,**

**Plaintiff,**  Nos. 10-0574-DRH
  10-0683-MJR
  10-0867-GPM
  10-0975-GPM

v.

**SIX UNKNOWN AGENTS or
MR. PRESIDENT BARACK OBAMA,**

**Defendants.**

### ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. A review of the pleadings indicates that these cases are all related. Cognizant of the Seventh Circuit's position that related cases filed within the same U.S. District Court should be transferred to (or consolidated before) a single District Judge, *see, e.g. Smith v. Check-N-Go of Illinois, Inc.*, 200 F.3d 511, 513 n.1 (7th Cir. 1999); *Blair v. Equifax Check Services, Inc.*, 181 F.3d 832, 839 (7th Cir. 1999), the Court **TRANSFERS** 10-0683, 10-867 and 10-975 to the undersigned chief judge and **CONSOLIDATES** these cases for all further proceedings. Cause 10-0574-DRH shall be the lead case. All future pleadings shall be filed in 10-0574-DRH and contain cause number 10-574-DRH.

**IT IS SO ORDERED.**

David R. Herndon
2010.12.14
22:55:12 -06'00'

**Chief Judge
United States District Court**